**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LAURA D. CERRACCHIO, : No. 444 MAL 2022
:
Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
DAVID J. ZUKOWSKI, :
:
Petitioner :

**ORDER**

**PER CURIAM**

  **AND NOW**, this 13th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.